# Exhibit 2

## U.S. Patent No. 8,244,582 ("'582 Patent")

Roku's advertising platform infringes at least Claim 1 of the '582 Patent.

| Claim 1 | Roku's advertising platform |
|---|---|
| 1. An automated method of collecting profiles of Internet-using entities, the method comprising: | To the extent the preamble is limiting, Roku's advertising platform performs an automated method of collecting profiles of Internet-using entities. *See, e.g.*, evidence and analysis for claim limitations (a)-(e) below. 2. Information from Cookies and Similar Technologies We and our business partners collect information on websites and in our emails using cookies, pixel tags, or similar technologies. We and our business partners, such as analytics and advertising partners, may use these technologies to collect information about your online activities over time and across different online services. For more information on how we and others use cookies and related technologies on Roku Sites, and your choices regarding the use of these technologies for tracking on the Roku Sites, please click here to review the Roku Cookies Policy. https://docs.roku.com/published/userprivacypolicy/en/us A. California Consumer Privacy Act ("CCPA") The CCPA requires us to provide our consumers who reside in California with the additional notice below. In the prior 12 months before the date of this Privacy Policy, we may have collected and disclosed for a business purpose the following categories of personal information: • Identifiers, including account IDs, household ID, device identifiers, internet protocol addresses, browser cookies, and other unique online identifiers. • Account Records, including name, address, email address, telephone number, and payment card number. • Protected Classifications under California or Federal Law. • Commercial Information, including products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. • Electronic Network Activity, Internet or other electronic network activity information, including browsing history, search history, and information regarding a consumer's interaction with an Internet website, application, service or advertisement. • Geolocation data. • Profiles and Inferences, inferences drawn from any personal information to create a profile about a consumer reflecting the consumer's preferences, characteristics, predispositions, behavior, and attitudes. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | https://docs.roku.com/published/userprivacypolicy/en/us |
| (a) electronically receiving at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties, a partial profile of an entity that uses a user computer coupled to the global computer network and accessing a website, which partial profile is available to one of the third parties and contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile; | Roku's advertising platform electronically receives at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties, a partial profile of an entity that uses a user computer coupled to the global computer network and accessing a website, which partial profile is available to one of the third parties and contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile.<br><br>For example, servers controlled by Roku electronically receive from at least one unaffiliated third party a partial profile of a user of a computer that accesses a website, and Roku's servers automatically store that partial profile data.<br><br>*See, e.g.*:<br><br>2. Information from Cookies and Similar Technologies<br><br>We and our business partners collect information on websites and in our emails using cookies, pixel tags, or similar technologies. We and our business partners, such as analytics and advertising partners, may use these technologies to collect information about your online activities over time and across different online services. For more information on how we and others use cookies and related technologies on Roku Sites, and your choices regarding the use of these technologies for tracking on the Roku Sites, please click here to review the Roku Cookies Policy.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us<br><br>C. Information We Receive from Third Parties<br><br>We may receive data about you from other sources like data providers and combine it with the data that we collect from you or your use of the Roku Services. Advertisers that show ads through Roku's advertising services (our "Advertisers") may also provide data about individuals to us to personalize and measure ads through Roku's advertising services.<br><br>We may also receive your personal information from others if they have referred you as described under Part I, Section A(5) above.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 4. Advertising Services. We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us<br><br>A. California Consumer Privacy Act ("CCPA")<br><br>The CCPA requires us to provide our consumers who reside in California with the additional notice below.<br><br>In the prior 12 months before the date of this Privacy Policy, we may have collected and disclosed for a business purpose the following categories of personal information:<br><br>• Identifiers, including account IDs, household ID, device identifiers, internet protocol addresses, browser cookies, and other unique online identifiers.<br>• Account Records, including name, address, email address, telephone number, and payment card number.<br>• Protected Classifications under California or Federal Law.<br>• Commercial Information, including products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies.<br>• Electronic Network Activity, Internet or other electronic network activity information, including browsing history, search history, and information regarding a consumer's interaction with an Internet website, application, service or advertisement.<br>• Geolocation data.<br>• Profiles and Inferences, inferences drawn from any personal information to create a profile about a consumer reflecting the consumer's preferences, characteristics, predispositions, behavior, and attitudes.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us |
| (b) wherein receiving the partial profile is achieved as a result of automatic electronic URL redirection from a portion of a page of the website accessed by the user computer; | In the authomated method performed by Roku's advertising platform, the partial profile is achieved as a result of automatic electronic URL redirection from a portion of a page of the website accessed by the user computer.<br><br>For example, Roku's advertising platform receives a partial profile as a result of a URL redirection from a page (or portion thereof) that is accessed by the user computer.<br><br>*See, e.g.*: |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **Introduction**<br><br>This Cookies Policy ("Policy") describes how Roku, its subsidiaries and affiliated companies (collectively referred to as "Roku," "we," "us," or " our") collect and process information about you on the Roku websites ("Roku Sites") through the use of cookies. We use the term "cookies" in this Policy to refer to website cookies and also to similar technologies that may collect information automatically when you visit the Roku Sites (such as pixel tags, web beacons, device IDs and similar technologies). For information about tracking on products utilizing Roku's streaming platform (including the Roku players and Roku TVs), please click here to review Roku's Privacy Policy.<br><br>**What is a cookie?**<br><br>A cookie is a small text file that a Web server places on your computer or mobile device when you visit a website. This small text file includes a unique identifier that distinguishes your computer or mobile device from other devices. Cookies serve a number of purposes such as letting you navigate between webpages efficiently, remembering your preferences, and generally improving the user experience. Cookies may tell us, for example, whether you have visited the Roku Sites before or whether you are a new visitor. They can also help to ensure that content we display, ads you see online, and marketing messages are more relevant to you and your interests.<br><br>https://docs.roku.com/published/cookiepolicy/en/us<br><br>How to manage or delete cookies on Roku Sites<br><br>The following are examples of how you can manage or delete many of the cookies served through the Roku Sites:<br><br>• Cookie opt-out links. You may manage or opt-out of certain uses of many cookies served through this Roku Site by using the Cookie Consent Tool provided.<br>• Industry opt-out sites. You may also opt-out of certain use of many cookies served for advertising purposes by Roku or many of Roku's third party advertising partners by visiting either: http://www.aboutads.info/choices/ or http://www.networkadvertising.org/choices/ .<br><br>https://docs.roku.com/published/cookiepolicy/en/us |
| (c) automatically with the computer system electronically adding the received partial profile to a maintained profile believed to be related to the same entity; | Roku's advertising platform automatically with the computer system electronically adds the received partial profile to a maintained profile believed to be related to the same entity.<br><br>For example, Roku's advertising platform automatically adds the received partial profile to a maintained profile believed to be related to the same user of the computer.<br><br>*See, e.g.*: |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 4. Advertising Services. We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us<br><br>A. California Consumer Privacy Act ("CCPA")<br><br>The CCPA requires us to provide our consumers who reside in California with the additional notice below.<br><br>In the prior 12 months before the date of this Privacy Policy, we may have collected and disclosed for a business purpose the following categories of personal information:<br><br>• Identifiers, including account IDs, household ID, device identifiers, internet protocol addresses, browser cookies, and other unique online identifiers.<br><br>• Account Records, including name, address, email address, telephone number, and payment card number.<br><br>• Protected Classifications under California or Federal Law.<br><br>• Commercial Information, including products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies.<br><br>• Electronic Network Activity, Internet or other electronic network activity information, including browsing history, search history, and information regarding a consumer's interaction with an Internet website, application, service or advertisement.<br><br>• Geolocation data.<br><br>• Profiles and Inferences, inferences drawn from any personal information to create a profile about a consumer reflecting the consumer's preferences, characteristics, predispositions, behavior, and attitudes.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us |
| (d) automatically with the computer system generating and storing an electronic record of which of the plurality of unaffiliated third parties contributed to the maintained profile particular profile attributes; | Roku's advertising platform automatically with the computer system generates and stores an electronic record of which of the plurality of unaffiliated third parties contributed to the maintained profile particular profile attributes.<br><br>For example, Roku's advertising platform generates and stores an electronic record indicating which third party supplied profile attributes used to update the maintened profile.<br><br>*See, e.g.*: |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 2. Information from Cookies and Similar Technologies<br><br>We and our business partners collect information on websites and in our emails using cookies, pixel tags, or similar technologies. We and our business partners, such as analytics and advertising partners, may use these technologies to collect information about your online activities over time and across different online services. For more information on how we and others use cookies and related technologies on Roku Sites, and your choices regarding the use of these technologies for tracking on the Roku Sites, please click here to review the Roku Cookies Policy.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us<br><br>C. Information We Receive from Third Parties<br><br>We may receive data about you from other sources like data providers and combine it with the data that we collect from you or your use of the Roku Services. Advertisers that show ads through Roku's advertising services (our "Advertisers") may also provide data about individuals to us to personalize and measure ads through Roku's advertising services.<br><br>We may also receive your personal information from others if they have referred you as described under Part I, Section A(5) above.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us<br><br>4. Advertising Services. We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | A. California Consumer Privacy Act ("CCPA")<br><br>The CCPA requires us to provide our consumers who reside in California with the additional notice below.<br><br>In the prior 12 months before the date of this Privacy Policy, we may have collected and disclosed for a business purpose the following categories of personal information:<br><br>• **Identifiers**, including account IDs, household ID, device identifiers, internet protocol addresses, browser cookies, and other unique online identifiers.<br><br>• **Account Records**, including name, address, email address, telephone number, and payment card number.<br><br>• **Protected Classifications** under California or Federal Law.<br><br>• **Commercial Information**, including products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies.<br><br>• **Electronic Network Activity**, Internet or other electronic network activity information, including browsing history, search history, and information regarding a consumer's interaction with an Internet website, application, service or advertisement.<br><br>• **Geolocation data**.<br><br>• **Profiles and Inferences**, inferences drawn from any personal information to create a profile about a consumer reflecting the consumer's preferences, characteristics, predispositions, behavior, and attitudes.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us |
| (e) wherein the maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network. | In the automated method performed by Roku's advertising platform, the maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network.<br><br>For example, the maintained profile (which includes the added partial profile information) includes data used in targeting third party advertisements to the user's computer.<br><br>*See, e.g.*: |

| Claim 1 | Roku's advertising platform |
|---|---|
| | |

| Name | Purpose of cookie | Consent status |
|---|---|---|
| **Advertising** | | |
| Roku Advertising Services | Ad Serving, Ad Targeting, Analytics/Measurement, Optimization | go to site |
| Google Ads | Ad Serving, Ad Targeting, Analytics/Measurement, Content Customization, Optimization | go to site |
| LinkedIn | Ad Targeting, Analytics/Measurement, Optimization | go to site |
| Facebook | Ad Serving, Ad Targeting, Analytics/Measurement, Optimization | go to site |

https://privacy.roku.com/cookie

2. Information from Cookies and Similar Technologies

We and our business partners collect information on websites and in our emails using cookies, pixel tags, or similar technologies. We and our business partners, such as analytics and advertising partners, may use these technologies to collect information about your online activities over time and across different online services. For more information on how we and others use cookies and related technologies on Roku Sites, and your choices regarding the use of these technologies for tracking on the Roku Sites, please click here to review the Roku Cookies Policy.

https://docs.roku.com/published/userprivacypolicy/en/us

C. Information We Receive from Third Parties

We may receive data about you from other sources like data providers and combine it with the data that we collect from you or your use of the Roku Services. Advertisers that show ads through Roku's advertising services (our "Advertisers") may also provide data about individuals to us to personalize and measure ads through Roku's advertising services.

We may also receive your personal information from others if they have referred you as described under Part I, Section A(5) above.

https://docs.roku.com/published/userprivacypolicy/en/us

| Claim 1 | Roku's advertising platform |
|---|---|
| | 4. Advertising Services. We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us<br><br>A. California Consumer Privacy Act ("CCPA")<br><br>The CCPA requires us to provide our consumers who reside in California with the additional notice below.<br><br>In the prior 12 months before the date of this Privacy Policy, we may have collected and disclosed for a business purpose the following categories of personal information:<br><br>• Identifiers, including account IDs, household ID, device identifiers, internet protocol addresses, browser cookies, and other unique online identifiers.<br>• Account Records, including name, address, email address, telephone number, and payment card number.<br>• Protected Classifications under California or Federal Law.<br>• Commercial Information, including products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies.<br>• Electronic Network Activity, Internet or other electronic network activity information, including browsing history, search history, and information regarding a consumer's interaction with an Internet website, application, service or advertisement.<br>• Geolocation data.<br>• Profiles and Inferences, inferences drawn from any personal information to create a profile about a consumer reflecting the consumer's preferences, characteristics, predispositions, behavior, and attitudes.<br><br>https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---------|------------------------------|
| |  **Know Your Audience's Viewing Preferences** Tap into first-party streamer data to reach audiences based on genres, categories, and even whether they watch ad-free subscription services. **Engage Your Audience Based on Their Purchase History** Roku's partnership with companies such as Kroger helps brands create audiences based on what they've purchased and reach those groups with TV streaming ads personalized for their preferences. 5 Ways to Unlock the Power of TV Streaming Ads with Roku, *available at* https://advertising.roku.com/resources/guides-reports/tv-streaming-ads-roku |